UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Cynthia Bryant,<br><br>             Plaintiff,<br>    v.<br><br>Commercial Recovery Systems, Inc.; and DOES 1-10, inclusive,<br><br>             Defendant. | Civil Action No.: 1:11-cv-04127-CAP-JFK |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: February 6, 2012

Respectfully submitted,

   /s/  Cara Hergenroether, Esq.
Attorney Bar No.: 570753
Attorney for Plaintiff Cynthia Bryant
LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Facsimile:   (888) 953-6237
Email: chergenroether@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                      By /s/ Cara Hergenroether

                                                         Cara Hergenroether, Esq.