# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Cynthia Bryant, | |
| Plaintiff, | Civil Action No.: |
| v. | 1:11-cv-04127-CAP-JFK |
| Commercial Recovery Systems, Inc.,; and DOES 1-10, inclusive, | |
| Defendants. | |

## PLAINTIFF CYNTHIA BRYANT'S NOTICE
## OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Cynthia Bryant, through counsel, hereby withdraws the complaint and voluntarily dismisses this action with prejudice.

Dated: March 7, 2012

      Respectfully submitted,

      /s/  Cara Hergenroether, Esq.
      Attorney Bar No.: 570753
      Attorney for Plaintiff Cynthia Bryant
      LEMBERG & ASSOCIATES L.L.C.
      1400 Veterans Memorial Highway
      Suite 134, #150
      Mableton, GA 30126
      Telephone: (855) 301-2100 ext. 5516
      Facsimile:   (888) 953-6237
      Email:
      chergenroether@lemberglaw.com

      Of Counsel To:

      LEMBERG & ASSOCIATES L.L.C.
      1100 Summer Street, 3rd Floor
      Stamford, CT 06905
      Telephone: (203) 653-2250
      Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2012, a true and correct copy of the foregoing Notice Of Voluntary Dismissal with Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

<u>/s/ Cara Hergenroether</u>
Georgia Bar No. 570753
Attorney for Plaintiff

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424